IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>    Plaintiffs,<br><br>v.<br><br>GRUMPY'S TRUCKING, INC. an Illinois corporation<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Case No.:<br>)<br>) Judge<br>)<br>) Magistrate Judge<br>)<br>)<br>) |

## COMPLAINT

Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds"), by their attorneys, John J. Toomey, of Arnold and Kadjan, LLP complain against Defendant, GRUMPY'S TRUCKING, INC., an Illinois corporation, as follows:

### JURISDICTION AND VENUE

1.     (a)     Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended.

    (b)     Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district, where the Funds as described in Paragraph 2, are administered.

## **PARTIES**

2. (a) Plaintiffs are the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds") and have standing to sue pursuant to 29 U.S.C. 1132(a)(3).

(b) The SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS have been established pursuant to trust agreements and are funded through employer contributions required by collective bargaining agreements previously entered into between the International Brotherhood of Teamsters and its affiliated locals ("the Union") and Employers;

(c) The Funds are maintained and administered in this judicial district in accordance with and pursuant to the provisions of ERISA, the National Labor Relations Act, as amended, and other applicable state and federal laws, and also pursuant to the terms and provisions of the Agreements and Declarations of Trust which establish the Funds.

3. (a) GRUMPY'S TRUCKING, INC., an Illinois corporation from August 1, 2022 through the present, employs employees represented by the Union and is bound to make contributions for weeks worked by all employees and upon subcontractors who perform work which would otherwise be performed by its employees.

(b) GRUMPY'S TRUCKING, INC., maintains its principal place of business at Elgin, Illinois.

(c) GRUMPY'S TRUCKING, INC., is an employer engaged in an industry affecting commerce.

4. Effective August 1, 2022 GRUMPY'S TRUCKING, INC., entered into an Area Wide Material Hauling Agreement with Teamsters 673, and as confirmed with the Local, which bound it to the terms stated in the then current Area Wide Material Hauling Agreements that are effective for the period from August 1, 2022 through May 31, 2023, as extended, which required contributions to the Funds pursuant to 29 U.S.C. 1145 (Exhibit A). GRUMPY'S TRUCKING, INC., has not sent a notice of termination.

5. Pursuant to the collective bargaining agreements between GRUMPY'S TRUCKING, INC., and the Union, GRUMPY'S TRUCKING, INC., failed and continues to fail to make its obligated contributions to the Fund for the period August 1, 2022 through June 30, 2024 as disclosed in an audit conducted on December 5, 2023 and July 29, 2024 (Exhibit B).

6. The audit disclosed $42,206.11 due the Welfare Fund and $36,755.81 due the Pension Fund for a total of $78,961.92.

WHEREFORE, Plaintiffs pray:

A. This court enter judgment in favor of the Plaintiffs and against GRUMPY'S TRUCKING, INC., an Illinois corporation in the amount of the audit, $78,961.92.

B. That this court award the plaintiffs their attorneys' fees, costs, interest, and liquidated damages pursuant to 29 U.S.C. 1132(g)(2) and as required by the relevant collective bargaining agreements and trust agreements creating the Welfare and Pension Funds.

C. That the Court grant such further relief as it deems just and proper.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

By: _____
One of Its Attorneys

John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive
Suite 600
Chicago, Illinois 60601
(312) 236-0415

# EXHIBIT A

# THE

# AREA WIDE MATERIAL HAULING AGREEMENT

# BETWEEN

# TEAMSTERS LOCAL 673

# &

# **GRUMPY'S TRUCKING**



# EFFECTIVE JUNE 1, 2015 THROUGH MAY 31, 2023

1

THE TERMS AND CONDITIONS OF SAID TRAINING FUND.

## ARTICLE 39
## DURATION AND TERMINATION

**39.1** THIS AGREEMENT SHALL BECOME EFFECTIVE ON JUNE 1, 2015 AND SHALL REMAIN IN FULL FORCE AND EFFECT UNTIL AND INCLUDING MAY 31, 2023. AFTER MAY 31, 2023, THIS AGREEMENT SHALL BE RENEWED AUTOMATICALLY FOR PERIODS OF ONE (1) YEAR UNLESS EITHER THE EMPLOYER OR THE UNION GIVES WRITTEN NOTICE TO THE OTHER OF A DESIRE TO MODIFY, AMEND OR TERMINATE SAME AT LEAST SIXTY (60) DAYS PRIOR TO THE EXPIRATION OF ANY SUCH PERIOD.

THE COMPANY AND THE UNION AGREE TO MEET FOR NEGOTIATIONS OF DRUG LANGUAGE, TO BE ATTACHED TO THIS AGREEMENT.

IN WITNESS WHEREOF THE PARTIES HAVE HEREUNTO SET THEIR HANDS THIS ___1st___ DAY OF ___August___, ___2022___.

FOR THE EMPLOYER:

_[signature: Dan Moreno]_
SIGNATURE
Owner
TITLE
571 Columbia Ave
ADDRESS
Elgin Ill, 60120

224-339-0137
PHONE #

FOR THE UNION:

_[signature]_
TIMOTHY L. CUSTER
SECRETARY-TREASURER &
PRINCIPAL OFFICER
TEAMSTERS LOCAL 673
1050 W. ROOSEVELT RD.
WEST CHICAGO, IL 60185
630) 231-6660

# EXHIBIT B

Page 1 of 1

**Employer Name:** Grumpy's Trucking, Inc.
**Address:** 571 Columbia Ave, Elgin IL 60120
**Phone:** (224) 339 0137
**Contact:** David Moreno

**Revision #1:** 07/29/2024
**Review Date:** 12/05/2023

**ER#** 5528
**Period Covered:** August 1, 2022 to June 30, 2024

| Name | | Soc Sec No | Work Month | Welfare Weeks/Hrs | Pension Weeks | Weekly/Hrly Welfare Rate | Weekly Pension Rate | Amount Due Welfare | Amount Due Pension |
|---|---|---|---|---|---|---|---|---|---|
| DAVID | MORENO | XXX-XX-4527 | 8/1/2022 | 1.00 | 1.00 | $429.00 | $377.00 | $429.00 | $377.00 |
| DAVID | MORENO | XXX-XX-4527 | 9/1/2022 | 4.00 | 4.00 | $429.00 | $377.00 | $1,716.00 | $1,508.00 |
| DAVID | MORENO | XXX-XX-4527 | 10/1/2022 | 2.00 | 2.00 | $429.00 | $377.00 | $858.00 | $754.00 |
| DAVID | MORENO | XXX-XX-4527 | 11/1/2022 | 1.00 | 1.00 | $429.00 | $377.00 | $429.00 | $377.00 |
| DAVID | MORENO | XXX-XX-4527 | 4/1/2023 | 5.00 | 5.00 | $429.00 | $377.00 | $2,145.00 | $1,885.00 |
| DAVID | MORENO | XXX-XX-4527 | 5/1/2023 | 4.00 | 4.00 | $429.00 | $377.00 | $1,716.00 | $1,508.00 |
| DAVID | MORENO | XXX-XX-4527 | 6/1/2023 | 4.00 | 4.00 | $449.00 | $393.00 | $1,796.00 | $1,572.00 |
| DAVID | MORENO | XXX-XX-4527 | 7/1/2023 | 5.00 | 5.00 | $449.00 | $393.00 | $2,245.00 | $1,965.00 |
| DAVID | MORENO | XXX-XX-4527 | 8/1/2023 | 4.00 | 4.00 | $449.00 | $393.00 | $1,796.00 | $1,572.00 |
| DAVID | MORENO | XXX-XX-4527 | 9/1/2023 | 5.00 | 5.00 | $449.00 | $393.00 | $2,245.00 | $1,965.00 |
| ROBERT | VARELA JR. | XXX-XX-0909 | 9/1/2023 | 5.00 | 5.00 | $449.00 | $393.00 | $2,245.00 | $1,965.00 |
| DAVID | MORENO | XXX-XX-4527 | 10/1/2023 | 4.00 | 4.00 | $449.00 | $393.00 | $1,796.00 | $1,572.00 |
| ROBERT | VARELA JR. | XXX-XX-0909 | 10/1/2023 | 4.00 | 4.00 | $449.00 | $393.00 | $1,796.00 | $1,572.00 |
| DAVID | MORENO | XXX-XX-4527 | 11/1/2023 | 4.00 | 4.00 | $449.00 | $393.00 | $1,796.00 | $1,572.00 |
| ROBERT | VARELA JR. | XXX-XX-0909 | 11/1/2023 | 4.00 | 4.00 | $449.00 | $393.00 | $1,796.00 | $1,572.00 |
| DAVID | MORENO | XXX-XX-4527 | 4/1/2024 | 4.00 | 4.00 | $449.00 | $393.00 | $1,796.00 | $1,572.00 |
| ROBERT | VARELA JR. | XXX-XX-0909 | 4/1/2024 | 4.00 | 4.00 | $449.00 | $393.00 | $1,796.00 | $1,572.00 |
| DAVID | MORENO | XXX-XX-4527 | 5/1/2024 | 4.00 | 4.00 | $449.00 | $393.00 | $1,796.00 | $1,572.00 |
| ROBERT | VARELA JR. | XXX-XX-0909 | 5/1/2024 | 4.00 | 4.00 | $449.00 | $393.00 | $1,796.00 | $1,572.00 |
| DAVID | MORENO | XXX-XX-4527 | 6/1/2024 | 5.00 | 5.00 | $469.00 | $411.00 | $2,345.00 | $2,055.00 |
| ROBERT | VARELA JR. | XXX-XX-0909 | 6/1/2024 | 5.00 | 5.00 | $469.00 | $411.00 | $2,345.00 | $2,055.00 |
| | | | | | | | **Total UNPAID Contributions:** | **$36,678.00** | **$32,134.00** |

Liquidated Damages 10% UNPAID Contributions over 1 mo. Late ): $3,667.80 $3,213.40

**Late Payment Interest .5% per mo. on UNPAID Contributions:**

| Work Month | Amount Due Welfare | % Int. | Int. Due Welfare | Amount Due Pension | % Int. | Int. Due Pension |
|---|---|---|---|---|---|---|
| Aug-22 | $429.00 | 11.50% | $49.34 | $377.00 | 11.50% | $43.36 |
| Sep-22 | $1,716.00 | 11.00% | $188.76 | $1,508.00 | 11.00% | $165.88 |
| Oct-22 | $858.00 | 10.50% | $90.09 | $754.00 | 10.50% | $79.17 |
| Nov-22 | $429.00 | 10.00% | $42.90 | $377.00 | 10.00% | $37.70 |
| Apr-23 | $2,145.00 | 7.50% | $160.88 | $1,885.00 | 7.50% | $141.38 |
| May-23 | $1,716.00 | 7.00% | $120.12 | $1,508.00 | 7.00% | $105.56 |
| Jun-23 | $1,796.00 | 6.50% | $116.74 | $1,572.00 | 6.50% | $102.18 |
| Jul-23 | $2,245.00 | 6.00% | $134.70 | $1,965.00 | 6.00% | $117.90 |
| Aug-23 | $1,796.00 | 5.50% | $98.78 | $1,572.00 | 5.50% | $86.46 |
| Sep-23 | $4,490.00 | 5.00% | $224.50 | $3,930.00 | 5.00% | $196.50 |
| Oct-23 | $3,592.00 | 4.50% | $161.64 | $3,144.00 | 4.50% | $141.48 |
| Nov-23 | $3,592.00 | 4.00% | $143.68 | $3,144.00 | 4.00% | $125.76 |
| Apr-24 | $3,592.00 | 1.50% | $53.88 | $3,144.00 | 1.50% | $47.16 |
| May-24 | $3,592.00 | 1.00% | $35.92 | $3,144.00 | 1.00% | $31.44 |
| Jun-24 | $4,690.00 | 0.50% | $23.45 | $4,110.00 | 0.50% | $20.55 |

Total Late Payment Interest Unpaid Contributions: $1,645.37 $1,442.47

**Total Due Unpaid Contributions + Liq. Damages + Late Interest:** **$41,991.17** **$36,789.87**

**Paid Contributions Discrepancies**
Aug-22 Underpaid Welfare and Overpaid Pension Fund

| | WELFARE | PENSION |
|---|---|---|
| | $208.50 | $(39.71) |

**Paid Contributions Interest and Liquidated Damages**
Nov-22 Contributions received January 2023 - Interest

| | WELFARE | PENSION |
|---|---|---|
| | $6.44 | $5.65 |

**Total Late Due on Paid Contributions:** $214.94 $(34.06)

**TOTAL AMOUNT DUE ER #** 5528 **$42,206.11** **$36,755.81**