IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> GRUMPY'S TRUCKING. INC<br>an Illinois corporation <br><br> Defendant. | Case No.: 25-cv-01866 <br><br> Judge <br><br> Magistrate Judge |

## ANSWER

Defendant, GRUMPY'S TRUCKING. INC., an Illinois corporation, by and through its attorneys, Todd A. Miller and Kathleen M. Cahill of Allocco, Miller & Cahill, P.C., answer Plaintiffs' Complaint as follows.

### JURISDICTION AND VENUE

1. (a) Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended.

**ANSWER:** Defendant admits the allegations in Paragraph 1 (a).

(b) Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district, where the Funds as described in Paragraph 2, are administered.

**ANSWER:** Defendant admits the allegations in Paragraph 1 (b).

### PARTIES

2. (a) Plaintiffs are the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds") and have standing to

sue pursuant to 29 U.S.C. 1132(a)(3).

**ANSWER:** Defendant admits the allegations in Paragraph 2 (a).

(b) The SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS have been established pursuant to trust agreements and are funded through employer contributions required by collective bargaining agreements previously entered into between the International Brotherhood of Teamsters and its affiliated locals ("the Union") and Employers;

**ANSWER:** Defendant admits the allegations in Paragraph 2 (b).

(c) The Funds are maintained and administered in this judicial district in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws, and also pursuant to the terms and provisions of the Agreements and Declarations of Trust which establish the Funds.

**ANSWER:** Defendant admits the allegations in Paragraph 2 (c).

3. (a) GRUMPY'S TRUCKING, INC., an Illinois corporation from August 1, 2022 through the present, employs employees represented by the Union and is bound to make contributions for weeks worked by all employees and upon subcontractors who perform work which would otherwise be performed by its employees.

**ANSWER:** Defendant admits the allegations in Paragraph 3 (a).

(b) GRUMPY'S TRUCKING, INC., maintains its principal place of business at Elgin, Illinois.

**ANSWER:** Defendant admits the allegations in Paragraph 3 (b).

(c) GRUMPY'S TRUCKING, INC., is an employer engaged in an industry affecting commerce.

**ANSWER:** Defendant admits the allegations in Paragraph 3 (c).

4. Effective August 1, 2022 GRUMPY'S TRUCKING, INC., entered into an Area Wide Material Hauling Agreement with Teamsters 673, and as confirmed with the Local, which bound it to the terms stated in the then current Area Wide Material Hauling Agreements that are effective for the period from August 1, 2022 through May 31, 2023, as extended, which required contributions to the Funds pursuant to 29 U.S.C. 1145 (Exhibit A). GRUMPY'S TRUCKING, INC., has not sent a notice of termination.

**ANSWER:** Defendant admits the allegations in Paragraph 4.

5. Pursuant to the collective bargaining agreements between GRUMPY'S TRUCKING, INC., and the Union, GRUMPY'S TRUCKING, INC., failed and continues to fail to make its obligated contributions to the Fund for the period August 1, 2022 through June 30, 2024 as disclosed in an audit conducted on December 5, 2023 and July 29, 2024 (Exhibit B).

**ANSWER:** Defendant denies the allegations in Paragraph 5.

6. The audit disclosed $42,206.11 due the Welfare Fund and $36,755.81 due the Pension Fund for a total of $78,961.92.

**ANSWER:** Defendant denies the allegations in Paragraph 6.

Dated: March 25, 2025

                                              Respectfully submitted,

                                              **GRUMPY'S TRUCKING, INC.**

                                              By: /s/ *Todd A. Miller*
                                              One Defendant's Attorneys Defendant

Attorneys for the Defendant:
Todd A. Miller
(tam@alloccomiller.com)
Kathleen M. Cahill
(kmc@alloccomiller.com)
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
Ph: (312) 675-4325
Fx: (312) 675-4326

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that he electronically filed the attached, *Defendant's Answer to Plaintiffs' Complaint*, with the Clerk of the Court using the CM/ECF system on this 25th day of March 2025, which will send notice of such filings to the following:

>Attorneys for the Plaintiffs:
>
>John J. Toomey
>ARNOLD AND KADJAN, LLP
>35 E. Wacker Drive, Suite 600
>Chicago, IL 60601
>Ph: (312) 236-0415

      /s/     Todd A. Miller

Attorneys for the Defendant:

Todd A. Miller *(tam@alloccomiller.com)*
Kathleen M. Cahill *(kmc@alloccomiller.com)*
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
Ph: (312) 675-4325
Fx: (312) 675-4326