IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> GRUMPYS TRUCKING, INC., an Illinois corporation <br><br> Defendant. | Case No.: 25 C 1866 <br><br> Judge John F. Kness <br><br> Magistrate Heather K. McShain |

**PLAINTIFFS' MOTION TO EXTEND THE
COMPLETION OF DISCOVERY AND
<u>COMPEL PREVIOUSLY NOTICED DEPOSITION</u>**

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, by and through its attorneys, JOHN J. TOOMEY, of ARNOLD AND KADJAN, LLP, and pursuant to this Court's September 5, 2025 Minute Order and FRCP 26 move to extend discovery to October 31, 2025 and compel the deposition of David Moreno previously noticed deposition. In support of their Motion, Plaintiffs state as follows:

1.  Plaintiff movants have in good faith attempted to confer in an effort to obtain the answers, responses and deposition without court action as set forth in the attached Affidavit (Exhibit A).

2.  Plaintiffs issued Interrogatories and Request to Produce Records on June 1, 2025 to be responded to 30 days after receipt.

3.  Plaintiffs issued a Notice of Deposition on June 1, 2025 for the deposition of David Moreno to take place on July 14, 2025, which cannot proceed without complete discovery responses.

4.  Pursuant to Magistrate Judge Heather McShain's Discovery Motion Requirements, Plaintiffs' counsel has attempted to reach Defendant's counsel on September 8, 2025 and twice on September 10, 2025 in an attempt to schedule videoconferencing or a meet in person meeting. On all three occasions Plaintiffs' counsel has left voice mail messages. Defendant's counsel has not returned Plaintiffs' counsel's phone calls. Plaintiff's counsel has sought responses to discovery pursuant to Local Rule 37.2 (Exhibit A, Affidavit of Counsel).

6.  Joint Status Reports have been filed in the case. At each attorney conference necessary to prepare the Joint Status Report, discussion was had on when opposing counsel and his client would respond to outstanding discovery (Exhibit A, Affidavit of Counsel).

7.  On September 11, 2025 Defendant responded to the outstanding discovery requests propounded on June 1, 2025, passed the discovery deadline of September 1, 2025. The time to object to any discovery request has expired.

8.  Plaintiffs' counsel has not had the opportunity to review Defendant's Answers to Interrogatories and Response to Request to Produce but notes that Defendant's counsel has objected to numerous requests.

9.  Defendant has not initiated any discovery to Plaintiffs.

10. This Motion is not filed for any purpose of delay but as a direct result of the foregoing circumstances which were not in the control of Plaintiffs' counsel and was not foreseeable when the parties agreed to the discovery deadline of September 1, 2025.

11. This is the first Motion to Extend Discovery that Plaintiffs have filed in this case.

WHEREFORE, Plaintiffs respectfully pray that this Honorable Court:

A.  Extend the deadline for completion of discovery and the deposition of David Moreno take place by October 31, 2025.

B.  The court compel that all outstanding Plaintiffs' discovery be completed and the deposition of David Moreno proceed before Defendant's counsel is permitted to withdraw from the case.

C.  Should counsel come into the case he/she be bound to the Scheduling Order.

                              TRUSTEES OF THE SUBURBAN TEAMSTERS
                              OF NORTHERN ILLINOIS PENSION AND
                              WELFARE FUNDS

                              s/John J. Toomey
                              ARNOLD AND KADJAN
                              35 E. Wacker Drive, Suite 600
                              Chicago, IL 60601
                              Telephone No.: (312) 236-0415
                              Facsimile No.: (312) 341-0438
                              Dated: September 15, 2025