**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,

Plaintiffs,

v.

GRUMPYS TRUCKING, INC., an Illinois corporation

Defendant.

Case No.: 25 C 1866

Judge John F. Kness

Magistrate Heather K. McShain

**AFFIDAVIT IN SUPPORT OF PLAINTIFFS' RULE 37(a)(3) MOTION TO COMPEL ANSWERS TO DISCOVERY AND COMPEL PREVIOUSLY NOTICED DEPOSITION**

NOW COMES the undersigned, JOHN J. TOOMEY, upon being first duly sworn, deposes and states as follows:

1. The undersigned is counsel of record in Case No. 25 C 1866.

2. Affiant is an attorney licensed to practice law in the State of Illinois since 1978. Affiant is admitted to the trial Bar of the Northern District of Illinois, the Central District of Illinois and the Seventh, Eighth, Second and Eleventh Federal Circuit Courts of Appeal, U. S. Tax Court and the United States Supreme Court since January 11, 1982.

3. Plaintiffs issued to Defendant Interrogatories and Request to Produce on June 1, 2025.

4. Plaintiffs issued a Notice of Deposition on June 1, 2025 for the deposition of David Moreno to be held on July 14, 2025.

5. From July 1, 2025 through September 11, 2025 there have been 10 emails between the undersigned and Defendant's counsel seeking to obtain Defendant's responses to outstanding Interrogatories and Request to Produce documents and to re-schedule the deposition of David Moreno. Counsel for Defendant has repeatedly responded that outstanding discovery will be provided but did not advise when Defendant would appear for his deposition. (Group Exhibit A).

6. Defendant counsel's in his email of August 11, 2025 stated "if he could not obtain signatures".

7. Pursuant to Magistrate Judge Heather McShain's Discovery Motion Requirements, Plaintiffs' counsel has attempted to reach Defendant's counsel on September 8, 2025 and twice on September 10, 2025 in an attempt to schedule videoconferencing or a meet in person meeting. On all three occasions I have left voice mail messages. Defendant's counsel has not returned my phone calls.

8. Defendant's attorney stated in the August 11, 2025 Joint Status Report (Docket #20) Paragraph C:

> "Defendant's counsel has prepared draft discovery responses for Defendant's principal's review, but has been unable to confer with Defendant's principal regarding those responses due to scheduling conflicts."

9. Defendant's attorney stated in the September 4, 2025 Joint Status Report (Docket #23):

> "Defendant's attorneys have prepared the discovery responses and are arranging to meet with counsel for review and verification of its responses to Plaintiffs' Interrogatories."

10. In the Joint Status Report filed September 4, 2025, at the request of Defendant's counsel he sought that the discovery cut off date of September 1, 2025 be extended to and completed by October 31, 2025 (Docket #23) but did not undertake to draft such a Motion.

11. In the Joint Status Report filed September 4, 2025, at the request of Defendant's counsel he requested that dispositive motions be moved to a due date of December 31, 2025 (Docket #23) but did not undertake to draft such a Motion.

12. On September 11, 2025 Defendant responded to the outstanding discovery requests propounded on June 1, 2025, passed the discovery deadline of September 1, 2025. The time to object to any discovery request has expired.

13. Plaintiffs' counsel has not had the opportunity to review Defendant's Answers to Interrogatories and Response to Request to Produce but a review notes that Defendant's counsel has objected to numerous requests.

14. Defendant has not initiated any discovery to Plaintiffs.

15. On September 5, 2025 the Court entered a Minute Order allowing Plaintiffs to filing a Motion to Compel the deposition of David Moreno (Docket #25).

16. The Deposition of David Moreno is necessary to properly prosecute Plaintiffs' claims and be ordered and compelled.

FURTHER AFFIANT SAYETH NOT.

JOHN J. TOOMEY

JOHN J. TOOMEY
ARNOLD AND KADJAN
35 E. Wacker Drive
Suite 60601
Chicago, Illinois 60601
(312) 236-0415

# GROUP EXHIBIT A

 Outlook

**Grumpy's Trucking, Inc.**

**From** John Toomey <jtoomey100@hotmail.com>
**Date** Tue 7/1/2025 2:14 PM
**To** Todd A. Miller <tam@alloccomiller.com>
**Cc** Kathleen Cahill <kmc@alloccomiller.com>

Todd and Kathleen:

Please forward to me Defendant's Answers to Interrogatories and Request to Produce which are due today.

Also please advise if Mr. Moreno will appear for his deposition currently scheduled for July 14, 2025 at 10:00 a.m.

John J. Toomey
Arnold and Kadjan, LLP
35 E. Wacker Drive
Suite 600
Chicago, IL 60601
(312) 236-0415

THIS EMAIL AND ANY FILES TRANSMITTED IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IT MAY CONTAIN PRIVILEGED OR CONFIDENTIAL INFORMATION THAT IS EXEMPT FROM DISCLOSURE. Dissemination, distribution or copying of this message by anyone other than the addressee is strictly prohibited. If you received this message in error, please notify us immediately by replying: "Received in error" and delete the message. Thank you.

 Outlook

**Re: Grumpy's Trucking, Inc.**

**From** John Toomey <jtoomey100@hotmail.com>
**Date** Mon 7/7/2025 2:04 PM
**To** Todd A. Miller <tam@alloccomiller.com>
**Cc** Kathleen Cahill <kmc@alloccomiller.com>

Todd and Kathleen:

Please respond to my July 1, 2025 email below.

John J. Toomey
Arnold and Kadjan, LLP
35 E. Wacker Drive
Suite 600
Chicago, IL 60601
(312) 236-0415

THIS EMAIL AND ANY FILES TRANSMITTED IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IT MAY CONTAIN PRIVILEGED OR CONFIDENTIAL INFORMATION THAT IS EXEMPT FROM DISCLOSURE. Dissemination, distribution or copying of this message by anyone other than the addressee is strictly prohibited. If you received this message in error, please notify us immediately by replying: "Received in error" and delete the message. Thank you.

---

**From:** John Toomey <jtoomey100@hotmail.com>
**Sent:** Tuesday, July 1, 2025 2:14 PM
**To:** Todd A. Miller <tam@alloccomiller.com>
**Cc:** Kathleen Cahill <kmc@alloccomiller.com>
**Subject:** Grumpy's Trucking, Inc.

Todd and Kathleen:

Please forward to me Defendant's Answers to Interrogatories and Request to Produce which are due today.

Also please advise if Mr. Moreno will appear for his deposition currently scheduled for July 14, 2025 at 10:00 a.m.

John J. Toomey
Arnold and Kadjan, LLP
35 E. Wacker Drive
Suite 600
Chicago, IL 60601
(312) 236-0415

 Outlook

**Re: Grumpy's Trucking, Inc.**

**From** Todd A. Miller <tam@alloccomiller.com>
**Date** Mon 7/7/2025 2:40 PM
**To** John Toomey <jtoomey100@hotmail.com>
**Cc** Kathleen Cahill <kmc@alloccomiller.com>

Good afternoon John, we are working on the responses right now and we should have them for you in the next couple of days. We just need to get our client to produce a couple more documents and review and sign off on the interrogatories. Thank you for your patience.

Sent from my iPhone

On Jul 7, 2025, at 2:04 PM, John Toomey <jtoomey100@hotmail.com> wrote:

Todd and Kathleen:

Please respond to my July 1, 2025 email below.

John J. Toomey
Arnold and Kadjan, LLP
35 E. Wacker Drive
Suite 600
Chicago, IL 60601
(312) 236-0415

THIS EMAIL AND ANY FILES TRANSMITTED IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IT MAY CONTAIN PRIVILEGED OR CONFIDENTIAL INFORMATION THAT IS EXEMPT FROM DISCLOSURE. Dissemination, distribution or copying of this message by anyone other than the addressee is strictly prohibited. If you received this message in error, please notify us immediately by replying: "Received in error" and delete the message. Thank you.

---

**From:** John Toomey <jtoomey100@hotmail.com>
**Sent:** Tuesday, July 1, 2025 2:14 PM
**To:** Todd A. Miller <tam@alloccomiller.com>
**Cc:** Kathleen Cahill <kmc@alloccomiller.com>
**Subject:** Grumpy's Trucking, Inc.

Todd and Kathleen:

 Outlook

**Re: Grumpy's Trucking, Inc.**

**From** John Toomey <jtoomey100@hotmail.com>
**Date** Thu 7/24/2025 2:16 PM
**To** Todd A. Miller <tam@alloccomiller.com>
**Cc** Kathleen Cahill <kmc@alloccomiller.com>

Todd:

Please provide me with the responses to outstanding discovery which were due on July 1, 2025 and a confirmed date for David Moreno's deposition was scheduled for July 14, 2025 before Monday, July 29, 2025.

John J. Toomey
Arnold and Kadjan, LLP
35 E. Wacker Drive
Suite 600
Chicago, IL 60601
(312) 236-0415

THIS EMAIL AND ANY FILES TRANSMITTED IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IT MAY CONTAIN PRIVILEGED OR CONFIDENTIAL INFORMATION THAT IS EXEMPT FROM DISCLOSURE. Dissemination, distribution or copying of this message by anyone other than the addressee is strictly prohibited. If you received this message in error, please notify us immediately by replying: "Received in error" and delete the message. Thank you.

---

**From:** Todd A. Miller <tam@alloccomiller.com>
**Sent:** Monday, July 7, 2025 2:40 PM
**To:** John Toomey <jtoomey100@hotmail.com>
**Cc:** Kathleen Cahill <kmc@alloccomiller.com>
**Subject:** Re: Grumpy's Trucking, Inc.

Good afternoon John, we are working on the responses right now and we should have them for you in the next couple of days. We just need to get our client to produce a couple more documents and review and sign off on the interrogatories. Thank you for your patience.

Sent from my iPhone

On Jul 7, 2025, at 2:04 PM, John Toomey <jtoomey100@hotmail.com> wrote:

 Outlook

**Re: Grumpy's Trucking, Inc.**

**From** John Toomey <jtoomey100@hotmail.com>
**Date** Wed 7/30/2025 10:06 AM
**To** Todd A. Miller <tam@alloccomiller.com>
**Cc** Kathleen Cahill <kmc@alloccomiller.com>

Todd and Kathleen:

Below is a chain of emails regarding Defendant's outstanding responses to discovery going back to July 1, 2025. Also, you have not provided a firm date for Mr. Moreno's deposition which was originally scheduled for July 14, 2025.

As you know a Joint Status Report is due per the Court's June 12, 2025. In addition, all fact discovery is to be completed by September 1, 2025.

Please advise.

John J. Toomey
Arnold and Kadjan, LLP
35 E. Wacker Drive
Suite 600
Chicago, IL 60601
(312) 236-0415

THIS EMAIL AND ANY FILES TRANSMITTED IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IT MAY CONTAIN PRIVILEGED OR CONFIDENTIAL INFORMATION THAT IS EXEMPT FROM DISCLOSURE. Dissemination, distribution or copying of this message by anyone other than the addressee is strictly prohibited. If you received this message in error, please notify us immediately by replying: "Received in error" and delete the message. Thank you.

---

**From:** John Toomey <jtoomey100@hotmail.com>
**Sent:** Thursday, July 24, 2025 2:16 PM
**To:** Todd A. Miller <tam@alloccomiller.com>
**Cc:** Kathleen Cahill <kmc@alloccomiller.com>
**Subject:** Re: Grumpy's Trucking, Inc.

Todd:

Please provide me with the responses to outstanding discovery which were due on July 1, 2025 and a confirmed date for David Moreno's deposition was scheduled for July 14, 2025 before Monday, July 29, 2025.

John J. Toomey
Arnold and Kadjan, LLP
35 E. Wacker Drive
Suite 600
Chicago, IL 60601
(312) 236-0415

THIS EMAIL AND ANY FILES TRANSMITTED IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IT MAY CONTAIN PRIVILEGED OR CONFIDENTIAL INFORMATION THAT IS EXEMPT FROM DISCLOSURE. Dissemination, distribution or copying of this message by anyone other than the addressee is strictly prohibited. If you received this message in error, please notify us immediately by replying: "Received in error" and delete the message. Thank you.

---

**From:** Todd A. Miller <tam@alloccomiller.com>
**Sent:** Monday, July 7, 2025 2:40 PM
**To:** John Toomey <jtoomey100@hotmail.com>
**Cc:** Kathleen Cahill <kmc@alloccomiller.com>
**Subject:** Re: Grumpy's Trucking, Inc.

Good afternoon John, we are working on the responses right now and we should have them for you in the next couple of days. We just need to get our client to produce a couple more documents and review and sign off on the interrogatories. Thank you for your patience.

Sent from my iPhone

On Jul 7, 2025, at 2:04 PM, John Toomey <jtoomey100@hotmail.com> wrote:

Todd and Kathleen:

Please respond to my July 1, 2025 email below.

John J. Toomey
Arnold and Kadjan, LLP
35 E. Wacker Drive
Suite 600
Chicago, IL 60601
(312) 236-0415

THIS EMAIL AND ANY FILES TRANSMITTED IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IT MAY CONTAIN PRIVILEGED OR CONFIDENTIAL INFORMATION THAT IS EXEMPT FROM DISCLOSURE. Dissemination, distribution or copying of this message by anyone other than the addressee is strictly prohibited. If you received this message in error, please notify us immediately by replying: "Received in error" and delete the message. Thank you.

**From:** John Toomey <jtoomey100@hotmail.com>
**Sent:** Tuesday, July 1, 2025 2:14 PM
**To:** Todd A. Miller <tam@alloccomiller.com>
**Cc:** Kathleen Cahill <kmc@alloccomiller.com>
**Subject:** Grumpy's Trucking, Inc.

Todd and Kathleen:

Please forward to me Defendant's Answers to Interrogatories and Request to Produce which are due today.

Also please advise if Mr. Moreno will appear for his deposition currently scheduled for July 14, 2025 at 10:00 a.m.

John J. Toomey
Arnold and Kadjan, LLP
35 E. Wacker Drive
Suite 600
Chicago, IL 60601
(312) 236-0415

THIS EMAIL AND ANY FILES TRANSMITTED IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IT MAY CONTAIN PRIVILEGED OR CONFIDENTIAL INFORMATION THAT IS EXEMPT FROM DISCLOSURE. Dissemination, distribution or copying of this message by anyone other than the addressee is strictly prohibited. If you received this message in error, please notify us immediately by replying: "Received in error" and delete the message. Thank you.

 Outlook

**Re: Suburban v. Grumpy's**

**From** Todd A. Miller <tam@alloccomiller.com>
**Date** Mon 8/11/2025 1:11 PM
**To** John Toomey <jtoomey100@hotmail.com>
**Cc** Kathleen Cahill <kmc@alloccomiller.com>

I didn't receive a draft from you. I will produce my client when he approves the discovery responses. We can probably get them to you by the end of next week and then shoot for the week of the 25th for the depo.

Sent from my iPhone

On Aug 11, 2025, at 9:51 AM, John Toomey <jtoomey100@hotmail.com> wrote:

Todd and Kathleen:

Please provide me with a draft of the Joint Status Report due today.

John J. Toomey
Arnold and Kadjan, LLP
35 E. Wacker Drive
Suite 600
Chicago, IL 60601
(312) 236-0415

THIS EMAIL AND ANY FILES TRANSMITTED IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IT MAY CONTAIN PRIVILEGED OR CONFIDENTIAL INFORMATION THAT IS EXEMPT FROM DISCLOSURE. Dissemination, distribution or copying of this message by anyone other than the addressee is strictly prohibited. If you received this message in error, please notify us immediately by replying: "Received in error" and delete the message. Thank you.

---

**From:** John Toomey <jtoomey100@hotmail.com>
**Sent:** Thursday, August 7, 2025 3:52 PM
**To:** Todd Miller <tam@alloccomiller.com>; Kathleen Cahill <kmc@alloccomiller.com>
**Subject:** Suburban v. Grumpy's

Todd and Kathleen:

 Outlook

**Grumpy's Joint Status Report 081125 (002) tm.rev**

**From** Todd A. Miller <tam@alloccomiller.com>
**Date** Mon 8/11/2025 2:27 PM
**To** John Toomey <jtoomey100@hotmail.com>
**Cc** Kathleen Cahill <kmc@alloccomiller.com>

1 attachment (38 KB)
Grumpy's Joint Status Report 081125 (002) tm.rev.docx;

Attached are my revisions to the JSR (in red). I hope to have the responses to you by the end of the week but its been hard to get together with my client to get his final review and approval.

I made changes to that effect. What are your thoughts about extending discovery for another 60 days?

 Outlook

**Re: Grumpy's Joint Status Report 081125 (002) tm.rev**

**From** Todd A. Miller <tam@alloccomiller.com>
**Date** Mon 8/11/2025 2:37 PM
**To** John Toomey <jtoomey100@hotmail.com>
**Cc** Kathleen Cahill <kmc@alloccomiller.com>

If I can't get together with him by next week I will prepare and file the motion. Thank you.

Sent from my iPhone

On Aug 11, 2025, at 2:33 PM, John Toomey <jtoomey100@hotmail.com> wrote:

I am fine with it.

John J. Toomey
Arnold and Kadjan, LLP
35 E. Wacker Drive
Suite 600
Chicago, IL 60601
(312) 236-0415

THIS EMAIL AND ANY FILES TRANSMITTED IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IT MAY CONTAIN PRIVILEGED OR CONFIDENTIAL INFORMATION THAT IS EXEMPT FROM DISCLOSURE. Dissemination, distribution or copying of this message by anyone other than the addressee is strictly prohibited. If you received this message in error, please notify us immediately by replying: "Received in error" and delete the message. Thank you.

---

**From:** Todd A. Miller <tam@alloccomiller.com>
**Sent:** Monday, August 11, 2025 2:25 PM
**To:** John Toomey <jtoomey100@hotmail.com>
**Cc:** Kathleen Cahill <kmc@alloccomiller.com>
**Subject:** Grumpy's Joint Status Report 081125 (002) tm.rev

Attached are my revisions to the JSR (in red). I hope to have the responses to you by the end of the week but its been hard to get together with my client to get his final review and approval.

Outlook

**RE: Grumpy's Joint Status Report 081125 (002) tm.rev**

**From** Todd A. Miller <tam@alloccomiller.com>
**Date** Mon 8/11/2025 3:22 PM
**To** John Toomey <jtoomey100@hotmail.com>
**Cc** Kathleen Cahill <kmc@alloccomiller.com>

If we need to file a motion for extension of discovery for 60 days?

Thanks,

Todd

**Todd A. Miller**
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517*
Chicago, IL 60606
312-675-4325
Fax: 312-675-4326
Email: tam@alloccomiller.com
Website: alloccomiller.com

***Please note our new address above effective February 10, 2015**

CONFIDENTIALITY NOTICE DISCLOSURE
The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

**From:** John Toomey <jtoomey100@hotmail.com>
**Sent:** Monday, August 11, 2025 2:44 PM
**To:** Todd A. Miller <tam@alloccomiller.com>
**Cc:** Kathleen Cahill <kmc@alloccomiller.com>
**Subject:** Re: Grumpy's Joint Status Report 081125 (002) tm.rev

Todd:

What Motion are you referring to?

John J. Toomey

 **Re: Grumpy's responses to interrogatories with verification.pdf**

**From** John Toomey <jtoomey100@hotmail.com>
**Date** Thu 9/11/2025 1:36 PM
**To** Todd A. Miller <tam@alloccomiller.com>
**Cc** grumpystrucking4@gmail.com <grumpystrucking4@gmail.com>

Todd:

Please call me to arrange a date and time.

John J. Toomey
Arnold and Kadjan, LLP
35 E. Wacker Drive
Suite 600
Chicago, IL 60601
(312) 236-0415

THIS EMAIL AND ANY FILES TRANSMITTED IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IT MAY CONTAIN PRIVILEGED OR CONFIDENTIAL INFORMATION THAT IS EXEMPT FROM DISCLOSURE. Dissemination, distribution or copying of this message by anyone other than the addressee is strictly prohibited. If you received this message in error, please notify us immediately by replying: "Received in error" and delete the message. Thank you.

---

**From:** Todd A. Miller <tam@alloccomiller.com>
**Sent:** Thursday, September 11, 2025 12:52 PM
**To:** John Toomey <jtoomey100@hotmail.com>
**Cc:** grumpystrucking4@gmail.com <grumpystrucking4@gmail.com>
**Subject:** Grumpy's responses to interrogatories with verification.pdf

Good afternoon John,

Attached are Grumpy's responses to interrogatories.

We are also ready to set up a date for my client's deposition.   Please let me know when you are available and I will try to set it up.

Thanks,

Todd

**Todd A. Miller**
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517*