## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 25 C 1866 |
| v. | ) ) | Judge John F. Kness |
| GRUMPYS TRUCKING, INC., an Illinois corporation | ) ) ) ) | Magistrate Heather K. McShain |
| Defendant. | ) | |

## DISCOVERY ORDER

This matter coming to be heard upon Plaintiff's Rule 37(a)(3) Motion to Compel Answers to Discovery and Compel Previously Noticed Deposition, due Notice having been given and the parties,

**IT IS HEREBY ORDERED:**

**A.** Ordering that the June 1, 2025 Requests to Produce and Interrogatories be ordered to Answer, not object, to all outstanding Plaintiffs' discovery which is Interrogatories served; Request for Production of Documents and Notice of Deposition within 14 days of the granting of this Motion and the deposition of David Moreno be compelled to proceed 7 days after such production.

Dated:

Enter:

_____
HONORABLE HEATHER K. MCSHAIN