**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

TRUSTEES OF THE SUBURBAN TEAMSTERS  )
OF NORTHERN ILLINOIS WELFARE AND     )
PENSION FUNDS,  )
         )
         Plaintiffs,  )
         )     Case No.:  25 C 1866
         v.  )
         )     Judge John F. Kness
         )
GRUMPYS TRUCKING, INC.,  )     Magistrate Heather K. McShain
an Illinois corporation  )
         )
         Defendant.  )

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:    Todd Miller
       Kathleen Cahill
       Allocco, Miller & Cahill, P.C.
       20 N. Wacker Drive, Suite 3517
       Chicago, Illinois  60606

PLEASE TAKE NOTICE that on September 18, 2025, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

1.    Motion to Extend the Completion of Discovery and Compel Previously Noticed Deposition.

2.    Affidavit of John J. Toomey in Support of Plaintiffs' Rule 37(a)(3) Motion to Compel Answers to Discovery and Compel Previously Noticed Deposition.

copies of which are attached hereto and served upon you.

        TRUSTEES OF THE SUBURBAN TEAMSTERS
        OF NORTHERN ILLINOIS WELFARE AND
        PENSION FUNDS, Plaintiffs
        s/John J. Toomey
        ARNOLD AND KADJAN, LLP
        35 E. Wacker Drive, Suite 600
        Chicago, IL 60601
        Telephone No.:  (312) 236-0415
        Facsimile No.:  (312) 341-0438
        Dated:  September 18, 2025

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on September 18, 2025, I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system.


         s/John J. Toomey
         ARNOLD AND KADJAN, LLP
         35 E. Wacker Drive, Suite 600
         Chicago, IL 60601
         Telephone No.: (312) 236-0415
         Facsimile No.: (312) 341-0438
         Dated: September 18, 2025