# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> GRUMPY'S TRUCKING. INC <br> an Illinois corporation <br><br> Defendant. | Case No. 25-cv-01866 <br><br> Judge McShain |

### DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO COMPEL

Defendant, GRUMPY'S TRUCKING. INC., by and through undersigned counsel, Todd A. Miller and Kathleen M. Cahill of Allocco, Miller & Cahill, P.C., respond to Plaintiffs' Motion to Extend the Completion of Discovery and Compel Previously Noticed Deposition as follows:

1. Defendant has responded to written Discovery.

2. The deposition of David Moreno has been scheduled for 1:00 p.m. on October 28, 2025.

Respectfully submitted,

**GRUMPY'S TRUCKING, INC.**

By: /s/ *Todd A. Miller*
One of the Attorneys for the Defendant

Attorneys for the Defendant:
Todd A. Miller *(tam@alloccomiller.com)*
Kathleen M. Cahill *(kmc@alloccomiller.com)*
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
Ph: (312) 675-4325
Fx: (312) 675-4326

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that he electronically filed the attached, *Defendant's Response to Plaintiffs' Motion to Compel*, with the Clerk of the Court using the CM/ECF system on this 30th day of September 2025, which will send notice of such filings to the following:

    Attorneys for the Plaintiffs:

    John J. Toomey
    ARNOLD AND KADJAN, LLP
    35 E. Wacker Drive, Suite 600
    Chicago, IL 60601
    Ph: (312) 236-0415

    /s/ *Todd A. Miller*

Attorneys for the Defendant:

Todd A. Miller *(tam@alloccomiller.com)*
Kathleen M. Cahill *(kmc@alloccomiller.com)*
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
Ph: (312) 675-4325
Fx: (312) 675-4326