## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Trustees of the Suburban Teamsters of Northern
Illinois Welfare and Pension Funds

Plaintiff,

v.

Case No.: 1:25−cv−01866

Honorable John F. Kness

Grumpy's Trucking, Inc., an Illinois corporation

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 1, 2025:

MINUTE entry before the Honorable Heather K. McShain: Pending before the Court is plaintiff's motion to extend the completion of discovery and compel previously noticed deposition [26] and defendant's response [29]. The motion asked that the Court "compel all outstanding... discovery be completed" and require that defendant's principal, David Moreno, sit for a deposition. [26] 2−3. Defendant's response states that defendant has answered plaintiff's discovery requests and that Moreno's deposition has been set for 10/28/2025. [29] 1. Based on the representations in defendant's response, the Court denies plaintiff's motion [26] as moot. If plaintiff takes issue with the substance of defendant#039;s responses to written discovery, plaintiff will need to exhaust its meet−and−confer obligations respecting those disputes before filing a further discovery motion. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.