**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Trustees of the Suburban Teamsters of Northern
Illinois Welfare and Pension Funds

                      Plaintiff,

v.                                            Case No.:
                                                  1:25−cv−01866

                                                  Honorable John F.
                                                  Kness

Grumpy's Trucking, Inc., an Illinois corporation

                                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, November 3, 2025:

      MINUTE entry before the Honorable Heather K. McShain: By 11/07/2025, the parties shall meet and confer and file a joint status report to update the Court on: (a) the progress of discovery, including confirmation that the deposition of David Moreno was completed; (b) the status of settlement discussions, if any; (c) the parties' plans for next steps in the litigation; and (d) any other issues the parties wish to raise with the Court. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.