IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> GRUMPYS TRUCKING, INC., an Illinois corporation <br><br> Defendant. | Case No.: 25 C 1866 <br><br> Judge John F. Kness <br><br> Magistrate Heather K. McShain |

### JOINT STATUS REPORT

Pursuant to the Court's order dated November 3, 2025 (Doc. #31), the parties have conferred and jointly submit the following Joint Status Report.

**Nature of the Case**

**Identify the attorneys of record for each party. Note the lead trial attorney and any local counsel.**

Attorney for Plaintiffs
John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, Illinois 60601
(312) 236-0415

Attorneys for Defendant:
Todd Miller (lead trial attorney)
Kathleen Cahill
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
312-675-4325

1. **Progress of Discovery**

Deposition of David Moreno took place on October 28, 2025.
All Discovery has been completed.

2. **Settlement.**

    Defendant admitted in his deposition that the corporation owed $34,079.61 Welfare and $20,841.26 Pension for a total of $54,920.87 for the period April 1, 2023 through June 30, 2024.

3. **Parties Plans for Next Steps in Litigation**

    Counsel is awaiting confirmation from his client regarding an installment note program or in the alternative an Agreed Order of Judgment.

    The parties anticipate this matter will be concluded within the next 21 days and agree to file a Joint Status Report on or before December 1, 2025.

Respectfully submitted,

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS Plaintiffs | GRUMPY'S TRUCKING, INC., WELFARE AND PENSION FUNDS, Defendant |
| s/John J. Toomey | s/Todd Miller |
| ARNOLD AND KADJAN, LLP | s/Kathleen Cahill |
| 35 E. Wacker Drive, Suite 600 | Allocco, Miller & Cahill, P.C. |
| Chicago, Illinois 60601 | 20 N. Wacker Drive, Suite 3517 |
| (312) 236-0415 | Chicago, Illinois 60606 |
| | 312-675-4325 |

CERTIFICATE OF SERVICE

    I hereby certify that on November 6, 2025, I electronically filed the foregoing Stipulation of Dismissal With Prejudice with the Clerk of the Court using the CM/ECF system.

    s/John J. Toomey
    ARNOLD AND KADJAN, LLP
    35 E. Wacker Drive, Suite 600
    Chicago, IL 60601
    Telephone No.: (312) 236-0415
    Facsimile No.: (312) 341-0438
    Dated: November 6, 2025