# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Trustees of the Suburban Teamsters of Northern
Illinois Welfare and Pension Funds

Plaintiff,

v.

Case No.: 1:25−cv−01866

Honorable John F. Kness

Grumpy's Trucking, Inc., an Illinois corporation

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 7, 2025:

MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [32], which reports that all discovery is complete and that the parties expect to resolve the case within the next 21 days. By 12/05/2025, the parties shall file either a stipulation to dismiss or a joint status report on their settlement efforts. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.