IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> GRUMPYS TRUCKING, INC., an Illinois corporation <br><br> Defendant. | Case No.: 25 C 1866 <br><br> Judge John F. Kness <br><br> Magistrate Heather K. McShain |

**JOINT MOTION FOR ENTRY OF AN AGREED JUDGMENT ORDER
AGAINST GRUMPY'S TRUCKING, INC., AN ILLINOIS CORPORATION**

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, by and through their attorneys, John J. Toomey, Arnold and Kadjan, LLP and the Defendant, GRUMPY'S TRUCKING, INC., an Illinois corporation, by and through its attorney, Todd Miller, Allocco, Miller & Cahill,, P.C. and in support of this Motion, states as follows:

1. Pursuant to this Court's November 7, 2025 Minute Order (Docket 33), the parties shall file either a stipulation to dismiss or a joint status report on settlement efforts by December 5, 2025.

2. That in discussion on the Joint Status Report, the parties have agreed in settlement to an Agreed Order of Judgment against Defendant Grumpy's Trucking, inc., an Illinois corporation and in favor of the Plaintiffs, Trustees of the Suburban Teamsters of Northern Illinois Welfare and Pension Funds.

1

3. The Court's entry of the Order eliminates the need for the Joint Status Report and the Court in person status hearing on December 16, 2025 and concludes the case, but for supplementary post judgment collection proceedings.

WHEREFORE, Plaintiffs and Defendant pray that this Court grant this Joint Motion for Entry of an Agreed Judgment Order Against Defendant Grumpy's Trucking, Inc., as Illinois corporation and in favor of the Plaintiffs, Trustees of the Suburban Teamsters of Northern Illinois Welfare and Pension Funds.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS PENSION AND
WELFARE FUNDS

s/John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: December 4, 2025