IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No.: 25 C 1866 |
| v. | ) ) | Judge John F. Kness |
| GRUMPYS TRUCKING, INC., an Illinois corporation | ) ) ) ) | Magistrate Heather K. McShain |
| Defendant. | ) ) | |

NOTICE OF FILING AND CERTIFICATE OF SERVICE

To: Todd Miller
Kathleen Cahill
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606

    PLEASE TAKE NOTICE that on December 4, 2025, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

1. Joint Motion for Entry of an Agreed Judgment Order Against Grumpy's Trucking, Inc., an Illinois corporation.

a copy of which is attached hereto and served upon you.

                                        TRUSTEES OF THE SUBURBAN TEAMSTERS
                                        OF NORTHERN ILLINOIS WELFARE AND
                                        PENSION FUNDS, Plaintiffs
                                        s/John J. Toomey
                                        ARNOLD AND KADJAN, LLP
                                        35 E. Wacker Drive, Suite 600
                                        Chicago, IL 60601
                                        Telephone No.: (312) 236-0415
                                        Facsimile No.: (312) 341-0438
                                        Dated: December 4, 2025

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on December 4, 2025, I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system.

              s/John J. Toomey
              ARNOLD AND KADJAN, LLP
              35 E. Wacker Drive, Suite 600
              Chicago, IL 60601
              Telephone No.:  (312) 236-0415
              Facsimile No.:  (312) 341-0438
              Dated:  December 4, 2025