# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Trustees of the Suburban Teamsters of Northern Illinois Welfare and Pension Funds

Plaintiff,

v.

Case No.: 1:25−cv−01866

Honorable John F. Kness

Grumpy's Trucking, Inc., an Illinois corporation

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 8, 2025:

MINUTE entry before the Honorable John F. Kness: The parties' joint motion for entry of an agreed judgment order [35] is granted. Enter separate agreed judgment order. Plaintiff's motion to compel [26] is dismissed as moot. Civil case terminated. I commend the parties and counsel for their settlement efforts, and I thank Magistrate Judge McShain for presiding over the case on referral. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.