IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 25 C 1866 |
| v. | ) ) ) | Judge John F. Kness |
| GRUMPYS TRUCKING, INC., an Illinois corporation | ) ) ) ) | Magistrate Heather K. McShain |
| Defendant. | ) | |

**AGREED ORDER OF JUDGMENT AGAINST**
**GRUMPY'S TRUCKING, INC., AN ILLINOIS CORPORATION**

     NOW COMES the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, by and through their attorneys, John J. Toomey, Arnold and Kadjan, LLP and the Defendant, GRUMPY'S TRUCKING, INC.,., an Illinois corporation, by and through its attorney, Todd Miller and Kathleen Cahill, Allocco, Miller & Cahill, P.C. and agree that:

     On Count I of the Complaint, judgment is entered in favor of the Plaintiffs, Suburban Teamsters of Northern Illinois Welfare and Pension Funds and against the Defendant, Ruane Construction, Inc., an Illinois corporation, for the period April 1, 2018 through June 30, 2024 in the amount of:

| | |
|---:|---|
| $34,079.61 | Welfare Fund |
| $20,841.26 | Pension Fund |
| $9,437.50 | Attorneys Fees – 2/19/25 – 10/31/25 |
| $405.00 | Filing Fee |
| $804.95 | Deposition Attendance and Transcript Fees |
| $104.00 | Reliant Services (Service of Process) |
| $65,672.32 | Total |

inclusive of all relief under 29 U.S.C. 1132(g)(2) and there is no just reason for delay in enforcement under FRCP 54(b).

| **Attorney for Plaintiffs** | **Attorney for Defendant** |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS | GRUMPY'S TRUCKING, INC., WELFARE AND PENSION FUNDS, |
| Plaintiffs | Defendant |
| s/John J. Toomey | s/Todd Miller |
| ARNOLD AND KADJAN, LLP | s/Kathleen Cahill |
| 35 E. Wacker Drive, Suite 600 | Allocco, Miller & Cahill, P.C. |
| Chicago, Illinois 60601 | 20 N. Wacker Drive, Suite 3517 |
| (312) 236-0415 | Chicago, Illinois 60606 |
| | 312-675-4325 |

Date: 12/8/2025

So Ordered:

_____
JUDGE JOHN F. KNESS

2